IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PHILIP OLIVER and BETTY OLIVER                                    PLAINTIFFS

v.                              No. 4:14CV00567 JLH

NATIONAL GENERAL INSURANCE COMPANY                                DEFENDANT

## ORDER

Pursuant to the stipulation of the parties, this action is dismissed with prejudice with each party to bear its own fees and costs.

IT IS SO ORDERED this 20th day of August, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE